UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARBARA KEARNEY

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

ABN AMRO, INC.

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1_ OCT 2010

04 Civ. 06885 (DAB) (___)

**NOTICE OF APPEAL
IN A CIVIL CASE**

Notice is hereby given that BARBARA KEARNEY
*(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment granting summary judgment to Defendant, dismissing the case with prejudice
*(describe the judgment)*

entered in this action on the 15 day of September, 2010.
*(date)   (month)   (year)*

Signature

165 Passaic Avenue, Suite 310
*Address*

Fairfield, New Jersey 07004
*City, State & Zip Code*

DATED: October 14, 2010

(973) 233 - 4080
*Telephone Number*

NOTE: To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

Rev. 05/2007